# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Anthanesha Brown,

          Plaintiff,

v.

Lenny Frolor; First Housing LLC; and Danlen Properties LLC,

          Defendants.

Civil No. 18-cv-1789 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

     The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

     Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

     **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. Plaintiff Anthanesha Brown's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED AS MOOT**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 25, 2018                    s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge